IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| STEVE L. ROBINSON<br>ADC #76791 | PETITIONER |
| V.    NO. 5:04cv00428 JLH | |
| LARRY NORRIS, Director,<br>Arkansas Department of Correction | RESPONDENT |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 2nd day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE