IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVE L. ROBINSON                                                                      PETITIONER
ADC #76791

V.                                      NO. 5:04cv00428 JLH

LARRY NORRIS, Director,                                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 2nd day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE